

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-12-00258-CV

**Internacional Realty, Inc.**

v.

**2005 RP West, Ltd.**

NO. 08DCV166063 IN THE 268TH DISTRICT COURT OF FORT BEND COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 12/12/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 11/14/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 10/21/2014 | E-PAID | ANT |
| EXHIBIT FEE | $25.00 | 12/12/2013 | PAID | ANT |
| EXHIBIT FEE | $150.00 | 12/09/2013 | PAID | APE |
| E-TXGOV FEE | $5.00 | 10/03/2013 | E-PAID | APE |
| MT FEE | $10.00 | 09/05/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/05/2013 | E-PAID | APE |
| E-TXGOV FEE | $0.00 | 12/10/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 12/10/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 11/28/2012 | NOT PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/28/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/09/2012 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/12/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 07/31/2012 | NOT PAID | ANT |
| E-TXGOV FEE | $4.00 | 07/31/2012 | E-PAID | ANT |
| RPT RECORD | $13,100.00 | 05/21/2012 | PAID | ANT |
| CLK RECORD | $2,128.00 | 04/17/2012 | PAID | ANT |
| FILING | $175.00 | 03/23/2012 | E-PAID | ANT |

## The costs incurred on appeal to the First Court of Appeals Houston, Texas are $15,677.00.

*Court costs in this case have been taxed in this Court's judgment*

      I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this October 30, 2015.

CHRISTOPHER A. PRINE
CLERK OF THE COURT